UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                     FELONY INFORMATION
                                                                                       **PENALTY SHEET**

BABUBHAI BHURABHAI RATHOD

    Defendant.
_____/

**COUNT 1** – Health Care Fraud [18 U.S.C. § 1347]

**Maximum penalty:** Not more than 10 years' imprisonment and/or a fine of $250,000, or twice the gross gain or gross loss resulting from the offense, whichever is greater [18 U.S.C. §§ 1347 and 3571]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583 (Class C Felony, 18 U.S.C. § 3559)]

**Special Assessment**: [18 U.S.C. § 3013] $100

**Restitution:** Mandatory [18 U.S.C. § 3663A]

**Forfeiture:** [18 U.S.C. § 982(a)(7)]

**COUNT 2** – Aggravated Identity Theft [18 U.S.C. §§ 1028A, 1343]

**Maximum penalty:** 2 years' consecutive imprisonment and a $250,000 fine [18 U.S.C. §§ 1028A and 3571(b)]

**Supervised Release:** Not more than 1 year [18 U.S.C. § 3583 (Class E Felony, 18 U.S.C. § 3559)]

**Special Assessment**: [18 U.S.C. § 3013] $100

**DENATURALIZATION**. Convictions may result in denaturalization if the Defendant is a naturalized United States citizen.

Date: August 16, 2018                  /s/*Adam B. Townshend*
                                                  Counsel for the United States

Submitted to Clerk for Filling in Accordance with Admin Order 17-MS-046