IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

vs.

BABUBHAI BHURABHAI RATHOD,

    Defendant

Case No. 1:18-CR-176 and 1-12-CR-17

HON. JANET T. NEFF

-------------------------------------------------/

**DEFENDANT'S MOTION FOR RELEASE PENDING SENTENCING**

NOW COMES the defendant, Babubhai Bhurabhai Rathod, by and through his attorney, Dodge & Dodge, P.C., and, pursuant to 18 U.S.C. 3143(a), FRCrP 32.1 and FRCrP 46(c) respectfully moves this Court for release pending sentencing. The reasons which support this Motion are set forth in the attached Memorandum in Support.

Respectfully submitted,

Grand Rapids, MI
September 5, 2018

    /s/ David A. Dodge
David A. Dodge (P22906)
Dodge & Dodge, P.C.
The Trust Building, Suite 845
40 Pearl Street NW
Grand Rapids, MI 49503
(616) 459-3850