**Shawn Nelson**

**From:** jackie████████.com
**Sent:** Thursday, February 23, 2017 4:55 PM
**To:** Shawn Nelson
**Subject:** add cars

Shawn
Please add following vehicles and Driver in existing policy.

1.
2011 Audi Q5
Vin#: ████████7480

2.
2016 Honda civic
Vin#: ████████4590

Driver:
Chandu Patel
# ████████

Effective : 2/24/17

Please send me proof of Insurance for all but for 2008 Infinityl need today as we do not have in car. thanks

Jackie Patel,
President
Advanced Sleep diagnostics Of Michigan
2525 Jolly Rd, Suite 240,
Okemos, MI 48864
Ph: 517-763-1097
fax: 517-706-0559

Total Control Panel                                                                 Login

To: shawn@████████         Remove this sender from my allow list
From: jackie████████

You received this message because the sender is on your allow list.

1

Exhibit A