1 MUTUAL AVENUE
FRANKENMUTH, MI
48787-0001



**Frankenmuth®**
I N S U R A N C E

POLICY NO. ▓▓▓▓▓▓▓         AGENT NO. ▓▓▓▓▓▓

## Separate bill to follow.

## Insured's Copy

*RENEWAL*
# Declaration



BUSINESS AUTO
POLICY

ADVANCED MEDICAL SERVICES PLLC
AND OTHER NAMED INSUREDS
PO BOX 26132
LANSING, MI 48909

### Your 10-minute Insurance Checkup

Thank you for renewing your Business Auto coverage with us
for the upcoming year.  This package includes:

- Declarations which list your specific coverages, limits,
  and premiums
- Forms and endorsements (If there have been changes
  within the past year or if you have added coverages).

***Please review this package and add it to your other
insurance papers in a convenient place for reference.***

### A COMPANY YOU CAN TRUST



You have placed your trust in a company which has
a Best's Rating of "A."  This rating is a sign of our
financial strength and ability to meet our financial
obligations to policyholders.  Our "A" rating says you
can count on us to have the resources necessary to
meet our coverage promises, and affirms our
position as one of the industry's most financially
sound insurance carriers.

If you have any billing questions, call 1-800-288-6121.
Please have your billing account number available to
access your account information.

**We value our relationship and look forward to continuing to
serve you.**

ADVANCED MEDICAL SERVICES PLLC
AND OTHER NAMED INSUREDS
PO BOX 26132
LANSING, MI 48909

Exhibit B

**Frankenmuth Mutual Insurance Company, an authorized Michigan insurer, certifies that it has issued a policy for the described vehicle.**
NAIC # = 13986

### STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE
VALID IN US AND CANADA

| YEAR | MAKE |
|------|------|
| 2011 | CHEV EQUINOX FWD |

| VEHICLE NO. |
|-------------|
| 0447 |

NOTICE - THIS IS NOT A GUARANTEE THAT THE POLICY WILL REMAIN IN EFFECT UNTIL THE STATED EXPIRATION DATE.

| POLICY NO. | ISSUE DATE | EFFECTIVE DATE | EXPIRATION DATE |
|------------|-----------|----------------|-----------------|
|            | 08/16/2017 | 09/19/2017 | 09/19/2018 |

(NAME OF INSURED)
TO - ADVANCED MEDICAL SERVICES PLLC
AND OTHER NAMED INSUREDS
PO BOX 26132
LANSING, MI
48909

AGENT - DIEBOLD INSURANCE AG
989-345-0200

WARNING - KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.          FM-884(02-16)

MICHIGAN LAW (MCLA 500.3101) REQUIRES THAT THE OWNER OR REGISTRANT OF A MOTOR VEHICLE REGISTERED IN THIS STATE MUST HAVE INSURANCE OR OTHER APPROVED SECURITY FOR THE PAYMENT OF NO-FAULT BENEFITS ON THE VEHICLE AT ALL TIMES. AN OWNER OR REGISTRANT WHO DRIVES OR PERMITS A VEHICLE TO BE DRIVEN UPON A PUBLIC HIGHWAY WITHOUT THE PROPER INSURANCE OR OTHER SECURITY IS GUILTY OF A MISDEMEANOR.

A PERSON CONVICTED OF SUCH A MISDEMEANOR SHALL BE FINED NOT LESS THAN $200.00 NOR MORE THAN $500.00, IMPRISONED FOR NOT MORE THAN 1 YEAR, OR BOTH.

A PERSON WHO SUPPLIES FALSE INFORMATION TO THE SECRETARY OF STATE OR WHO ISSUES OR USES AN INVALID CERTIFICATE OF INSURANCE IS GUILTY OF A MISDEMEANOR OR PUNISHABLE BY IMPRISONMENT FOR NOT MORE THAN 1 YEAR, OR A FINE OF NOT MORE THAN $1000.00, OR BOTH.

WARNING - WHEN A NAMED EXCLUDED PERSON OPERATES A VEHICLE, ALL LIABILITY COVERAGE IS VOID - NO ONE IS INSURED. OWNERS OF THE VEHICLE AND OTHERS LEGALLY RESPONSIBLE FOR THE ACTS OF THE NAMED EXCLUDED PERSON REMAIN FULLY PERSONALLY LIABLE. A NAMED EXCLUDED DRIVER IS NOT ENTITLED TO BE PAID PERSONAL PROTECTION BENEFITS FOR ACCIDENTAL BODILY INJURY IF AT THE TIME OF THE ACCIDENT THE NAMED EXCLUDED DRIVER WAS OPERATING A MOTOR VEHICLE OR MOTORCYCLE AS TO WHICH HE OR SHE WAS NAMED AS THE EXCLUDED DRIVER.

---

**Frankenmuth Mutual Insurance Company, an authorized Michigan insurer, certifies that it has issued a policy for the described vehicle.**
NAIC # = 13986

### STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE
VALID IN US AND CANADA

| YEAR | MAKE |
|------|------|
| 2008 | INFI G35 4DR X AW |

| VEHICLE NO. |
|-------------|
| 76200 |

NOTICE - THIS IS NOT A GUARANTEE THAT THE POLICY WILL REMAIN IN EFFECT UNTIL THE STATED EXPIRATION DATE.

| POLICY NO. | ISSUE DATE | EFFECTIVE DATE | EXPIRATION DATE |
|------------|-----------|----------------|-----------------|
|            | 08/16/2017 | 09/19/2017 | 09/19/2018 |

(NAME OF INSURED)
TO - ADVANCED MEDICAL SERVICES PLLC
AND OTHER NAMED INSUREDS
PO BOX 26132
LANSING, MI
48909

AGENT - DIEBOLD INSURANCE AG
989-345-0200

WARNING - KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.          FM-884(02-16)

MICHIGAN LAW (MCLA 500.3101) REQUIRES THAT THE OWNER OR REGISTRANT OF A MOTOR VEHICLE REGISTERED IN THIS STATE MUST HAVE INSURANCE OR OTHER APPROVED SECURITY FOR THE PAYMENT OF NO-FAULT BENEFITS ON THE VEHICLE AT ALL TIMES. AN OWNER OR REGISTRANT WHO DRIVES OR PERMITS A VEHICLE TO BE DRIVEN UPON A PUBLIC HIGHWAY WITHOUT THE PROPER INSURANCE OR OTHER SECURITY IS GUILTY OF A MISDEMEANOR.

A PERSON CONVICTED OF SUCH A MISDEMEANOR SHALL BE FINED NOT LESS THAN $200.00 NOR MORE THAN $500.00, IMPRISONED FOR NOT MORE THAN 1 YEAR, OR BOTH.

A PERSON WHO SUPPLIES FALSE INFORMATION TO THE SECRETARY OF STATE OR WHO ISSUES OR USES AN INVALID CERTIFICATE OF INSURANCE IS GUILTY OF A MISDEMEANOR OR PUNISHABLE BY IMPRISONMENT FOR NOT MORE THAN 1 YEAR, OR A FINE OF NOT MORE THAN $1000.00, OR BOTH.

WARNING - WHEN A NAMED EXCLUDED PERSON OPERATES A VEHICLE, ALL LIABILITY COVERAGE IS VOID - NO ONE IS INSURED. OWNERS OF THE VEHICLE AND OTHERS LEGALLY RESPONSIBLE FOR THE ACTS OF THE NAMED EXCLUDED PERSON REMAIN FULLY PERSONALLY LIABLE. A NAMED EXCLUDED DRIVER IS NOT ENTITLED TO BE PAID PERSONAL PROTECTION BENEFITS FOR ACCIDENTAL BODILY INJURY IF AT THE TIME OF THE ACCIDENT THE NAMED EXCLUDED DRIVER WAS OPERATING A MOTOR VEHICLE OR MOTORCYCLE AS TO WHICH HE OR SHE WAS NAMED AS THE EXCLUDED DRIVER.

---

**Frankenmuth Mutual Insurance Company, an authorized Michigan insurer, certifies that it has issued a policy for the described vehicle.**
NAIC # = 13986

### STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE
VALID IN US AND CANADA

| YEAR | MAKE |
|------|------|
| 2007 | FORD F-350 CREW 4 |

| VEHICLE NO. |
|-------------|
| 8061 |

NOTICE - THIS IS NOT A GUARANTEE THAT THE POLICY WILL REMAIN IN EFFECT UNTIL THE STATED EXPIRATION DATE.

| POLICY NO. | ISSUE DATE | EFFECTIVE DATE | EXPIRATION DATE |
|------------|-----------|----------------|-----------------|
|            | 08/16/2017 | 09/19/2017 | 09/19/2018 |

(NAME OF INSURED)
TO - ADVANCED MEDICAL SERVICES PLLC
AND OTHER NAMED INSUREDS
PO BOX 26132
LANSING, MI
48909

AGENT - DIEBOLD INSURANCE AG
989-345-0200

WARNING - KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.          FM-884(02-16)

MICHIGAN LAW (MCLA 500.3101) REQUIRES THAT THE OWNER OR REGISTRANT OF A MOTOR VEHICLE REGISTERED IN THIS STATE MUST HAVE INSURANCE OR OTHER APPROVED SECURITY FOR THE PAYMENT OF NO-FAULT BENEFITS ON THE VEHICLE AT ALL TIMES. AN OWNER OR REGISTRANT WHO DRIVES OR PERMITS A VEHICLE TO BE DRIVEN UPON A PUBLIC HIGHWAY WITHOUT THE PROPER INSURANCE OR OTHER SECURITY IS GUILTY OF A MISDEMEANOR.

A PERSON CONVICTED OF SUCH A MISDEMEANOR SHALL BE FINED NOT LESS THAN $200.00 NOR MORE THAN $500.00, IMPRISONED FOR NOT MORE THAN 1 YEAR, OR BOTH.

A PERSON WHO SUPPLIES FALSE INFORMATION TO THE SECRETARY OF STATE OR WHO ISSUES OR USES AN INVALID CERTIFICATE OF INSURANCE IS GUILTY OF A MISDEMEANOR OR PUNISHABLE BY IMPRISONMENT FOR NOT MORE THAN 1 YEAR, OR A FINE OF NOT MORE THAN $1000.00, OR BOTH.

WARNING - WHEN A NAMED EXCLUDED PERSON OPERATES A VEHICLE, ALL LIABILITY COVERAGE IS VOID - NO ONE IS INSURED. OWNERS OF THE VEHICLE AND OTHERS LEGALLY RESPONSIBLE FOR THE ACTS OF THE NAMED EXCLUDED PERSON REMAIN FULLY PERSONALLY LIABLE. A NAMED EXCLUDED DRIVER IS NOT ENTITLED TO BE PAID PERSONAL PROTECTION BENEFITS FOR ACCIDENTAL BODILY INJURY IF AT THE TIME OF THE ACCIDENT THE NAMED EXCLUDED DRIVER WAS OPERATING A MOTOR VEHICLE OR MOTORCYCLE AS TO WHICH HE OR SHE WAS NAMED AS THE EXCLUDED DRIVER.

**Frankenmuth Mutual Insurance Company, an authorized Michigan insurer, certifies that it has issued a policy for the described vehicle.**

NAIC# = 13986

## STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

VALID IN US AND CANADA

| YEAR | MAKE |
|------|------|
| 2014 | TREX WORKS |

| VEHICLE NO. |
|-------------|
| 1131 |

NOTICE - THIS IS NOT A GUARANTEE THAT THE POLICY WILL REMAIN IN EFFECT UNTIL THE STATED EXPIRATION DATE.

| POLICY NO. | ISSUE DATE | EFFECTIVE DATE | EXPIRATION DATE |
|------------|------------|----------------|-----------------|
|            | 08/16/2017 | 09/19/2017     | 09/19/2018      |

(NAME OF INSURED)

TO - ADVANCED MEDICAL SERVICES PLLC
AND OTHER NAMED INSUREDS
PO BOX 26132
LANSING, MI
48909

AGENT - DIEBOLD INSURANCE AG
989-345-0200

WARNING - KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.     FM-884(02-16)

MICHIGAN LAW (MCLA 500.3101) REQUIRES THAT THE OWNER OR REGISTRANT OF A MOTOR VEHICLE REGISTERED IN THIS STATE MUST HAVE INSURANCE OR OTHER APPROVED SECURITY FOR THE PAYMENT OF NO-FAULT BENEFITS ON THE VEHICLE AT ALL TIMES. AN OWNER OR REGISTRANT WHO DRIVES OR PERMITS A VEHICLE TO BE DRIVEN UPON A PUBLIC HIGHWAY WITHOUT THE PROPER INSURANCE OR OTHER SECURITY IS GUILTY OF A MISDEMEANOR.

A PERSON CONVICTED OF SUCH A MISDEMEANOR SHALL BE FINED NOT LESS THAN $200.00 NOR MORE THAN $500.00, IMPRISONED FOR NOT MORE THAN 1 YEAR, OR BOTH.

A PERSON WHO SUPPLIES FALSE INFORMATION TO THE SECRETARY OF STATE OR WHO ISSUES OR USES AN INVALID CERTIFICATE OF INSURANCE IS GUILTY OF A MISDEMEANOR OR PUNISHABLE BY IMPRISONMENT FOR NOT MORE THAN 1 YEAR, OR A FINE OF NOT MORE THAN $1000.00, OR BOTH.

WARNING - WHEN A NAMED EXCLUDED PERSON OPERATES A VEHICLE, ALL LIABILITY COVERAGE IS VOID - NO ONE IS INSURED. OWNERS OF THE VEHICLE AND OTHERS LEGALLY RESPONSIBLE FOR THE ACTS OF THE NAMED EXCLUDED PERSON REMAIN FULLY PERSONALLY LIABLE. A NAMED EXCLUDED DRIVER IS NOT ENTITLED TO BE PAID PERSONAL PROTECTION BENEFITS FOR ACCIDENTAL BODILY INJURY IF AT THE TIME OF THE ACCIDENT THE NAMED EXCLUDED DRIVER WAS OPERATING A MOTOR VEHICLE OR MOTORCYCLE AS TO WHICH HE OR SHE WAS NAMED AS THE EXCLUDED DRIVER.

---

**Frankenmuth Mutual Insurance Company, an authorized Michigan insurer, certifies that it has issued a policy for the described vehicle.**

NAIC# = 13986

## STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

VALID IN US AND CANADA

| YEAR | MAKE |
|------|------|
| 2011 | AUDI Q5 3.2 QUATT |

| VEHICLE NO. |
|-------------|
| 7480 |

NOTICE - THIS IS NOT A GUARANTEE THAT THE POLICY WILL REMAIN IN EFFECT UNTIL THE STATED EXPIRATION DATE.

| POLICY NO. | ISSUE DATE | EFFECTIVE DATE | EXPIRATION DATE |
|------------|------------|----------------|-----------------|
| BA 6331858 | 08/16/2017 | 09/19/2017     | 09/19/2018      |

(NAME OF INSURED)

TO - ADVANCED MEDICAL SERVICES PLLC
AND OTHER NAMED INSUREDS
PO BOX 26132
LANSING, MI
48909

AGENT - DIEBOLD INSURANCE AG
989-345-0200

WARNING - KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.     FM-884(02-16)

MICHIGAN LAW (MCLA 500.3101) REQUIRES THAT THE OWNER OR REGISTRANT OF A MOTOR VEHICLE REGISTERED IN THIS STATE MUST HAVE INSURANCE OR OTHER APPROVED SECURITY FOR THE PAYMENT OF NO-FAULT BENEFITS ON THE VEHICLE AT ALL TIMES. AN OWNER OR REGISTRANT WHO DRIVES OR PERMITS A VEHICLE TO BE DRIVEN UPON A PUBLIC HIGHWAY WITHOUT THE PROPER INSURANCE OR OTHER SECURITY IS GUILTY OF A MISDEMEANOR.

A PERSON CONVICTED OF SUCH A MISDEMEANOR SHALL BE FINED NOT LESS THAN $200.00 NOR MORE THAN $500.00, IMPRISONED FOR NOT MORE THAN 1 YEAR, OR BOTH.

A PERSON WHO SUPPLIES FALSE INFORMATION TO THE SECRETARY OF STATE OR WHO ISSUES OR USES AN INVALID CERTIFICATE OF INSURANCE IS GUILTY OF A MISDEMEANOR OR PUNISHABLE BY IMPRISONMENT FOR NOT MORE THAN 1 YEAR, OR A FINE OF NOT MORE THAN $1000.00, OR BOTH.

WARNING - WHEN A NAMED EXCLUDED PERSON OPERATES A VEHICLE, ALL LIABILITY COVERAGE IS VOID - NO ONE IS INSURED. OWNERS OF THE VEHICLE AND OTHERS LEGALLY RESPONSIBLE FOR THE ACTS OF THE NAMED EXCLUDED PERSON REMAIN FULLY PERSONALLY LIABLE. A NAMED EXCLUDED DRIVER IS NOT ENTITLED TO BE PAID PERSONAL PROTECTION BENEFITS FOR ACCIDENTAL BODILY INJURY IF AT THE TIME OF THE ACCIDENT THE NAMED EXCLUDED DRIVER WAS OPERATING A MOTOR VEHICLE OR MOTORCYCLE AS TO WHICH HE OR SHE WAS NAMED AS THE EXCLUDED DRIVER.

---

**Frankenmuth Mutual Insurance Company, an authorized Michigan insurer, certifies that it has issued a policy for the described vehicle.**

NAIC# = 13986

## STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

VALID IN US AND CANADA

| YEAR | MAKE |
|------|------|
| 2016 | HOND CIVIC SEDAN |

| VEHICLE NO. |
|-------------|
| 4590 |

NOTICE - THIS IS NOT A GUARANTEE THAT THE POLICY WILL REMAIN IN EFFECT UNTIL THE STATED EXPIRATION DATE.

| POLICY NO. | ISSUE DATE | EFFECTIVE DATE | EXPIRATION DATE |
|------------|------------|----------------|-----------------|
|            | 08/16/2017 | 09/19/2017     | 09/19/2018      |

(NAME OF INSURED)

TO - ADVANCED MEDICAL SERVICES PLLC
AND OTHER NAMED INSUREDS
PO BOX 26132
LANSING, MI
48909

AGENT - DIEBOLD INSURANCE AG
989-345-0200

WARNING - KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.     FM-884(02-16)

MICHIGAN LAW (MCLA 500.3101) REQUIRES THAT THE OWNER OR REGISTRANT OF A MOTOR VEHICLE REGISTERED IN THIS STATE MUST HAVE INSURANCE OR OTHER APPROVED SECURITY FOR THE PAYMENT OF NO-FAULT BENEFITS ON THE VEHICLE AT ALL TIMES. AN OWNER OR REGISTRANT WHO DRIVES OR PERMITS A VEHICLE TO BE DRIVEN UPON A PUBLIC HIGHWAY WITHOUT THE PROPER INSURANCE OR OTHER SECURITY IS GUILTY OF A MISDEMEANOR.

A PERSON CONVICTED OF SUCH A MISDEMEANOR SHALL BE FINED NOT LESS THAN $200.00 NOR MORE THAN $500.00, IMPRISONED FOR NOT MORE THAN 1 YEAR, OR BOTH.

A PERSON WHO SUPPLIES FALSE INFORMATION TO THE SECRETARY OF STATE OR WHO ISSUES OR USES AN INVALID CERTIFICATE OF INSURANCE IS GUILTY OF A MISDEMEANOR OR PUNISHABLE BY IMPRISONMENT FOR NOT MORE THAN 1 YEAR, OR A FINE OF NOT MORE THAN $1000.00, OR BOTH.

WARNING - WHEN A NAMED EXCLUDED PERSON OPERATES A VEHICLE, ALL LIABILITY COVERAGE IS VOID - NO ONE IS INSURED. OWNERS OF THE VEHICLE AND OTHERS LEGALLY RESPONSIBLE FOR THE ACTS OF THE NAMED EXCLUDED PERSON REMAIN FULLY PERSONALLY LIABLE. A NAMED EXCLUDED DRIVER IS NOT ENTITLED TO BE PAID PERSONAL PROTECTION BENEFITS FOR ACCIDENTAL BODILY INJURY IF AT THE TIME OF THE ACCIDENT THE NAMED EXCLUDED DRIVER WAS OPERATING A MOTOR VEHICLE OR MOTORCYCLE AS TO WHICH HE OR SHE WAS NAMED AS THE EXCLUDED DRIVER.

**Frankenmuth Mutual Insurance Company, an authorized Michigan insurer, certifies that it has issued a policy for the described vehicle.**
NAIC# = 13986

### STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE
VALID IN US AND CANADA

| YEAR | MAKE |
|------|------|
| 2008 | MERZ E-CLASS 4DR |

| VEHICLE NO. |
|-------------|
| 8915 |

NOTICE - THIS IS NOT A GUARANTEE THAT THE POLICY WILL REMAIN IN EFFECT UNTIL THE STATED EXPIRATION DATE.

| POLICY NO. | ISSUE DATE | EFFECTIVE DATE | EXPIRATION DATE |
|------------|------------|----------------|-----------------|
|            | 08/16/2017 | 09/19/2017 | 09/19/2018 |

(NAME OF INSURED)
TO - ADVANCED MEDICAL SERVICES PLLC
AND OTHER NAMED INSUREDS
PO BOX 26132
LANSING, MI
48909

AGENT - DIEBOLD INSURANCE AG
989-345-0200

WARNING - KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.     FM-884(02-16)

MICHIGAN LAW (MCLA 500.3101) REQUIRES THAT THE OWNER OR REGISTRANT OF A MOTOR VEHICLE REGISTERED IN THIS STATE MUST HAVE INSURANCE OR OTHER APPROVED SECURITY FOR THE PAYMENT OF NO-FAULT BENEFITS ON THE VEHICLE AT ALL TIMES.  AN OWNER OR REGISTRANT WHO DRIVES OR PERMITS A VEHICLE TO BE DRIVEN UPON A PUBLIC HIGHWAY WITHOUT THE PROPER INSURANCE OR OTHER SECURITY IS GUILTY OF A MISDEMEANOR.

A PERSON CONVICTED OF SUCH A MISDEMEANOR SHALL BE FINED NOT LESS THAN $200.00 NOR MORE THAN $500.00, IMPRISONED FOR NOT MORE THAN 1 YEAR, OR BOTH.

A PERSON WHO SUPPLIES FALSE INFORMATION TO THE SECRETARY OF STATE OR WHO ISSUES OR USES AN INVALID CERTIFICATE OF INSURANCE IS GUILTY OF A MISDEMEANOR OR PUNISHABLE BY IMPRISONMENT FOR NOT MORE THAN 1 YEAR, OR A FINE OF NOT MORE THAN $1000.00, OR BOTH.

WARNING - WHEN A NAMED EXCLUDED PERSON OPERATES A VEHICLE, ALL LIABILITY COVERAGE IS VOID - NO ONE IS INSURED.  OWNERS OF THE VEHICLE AND OTHERS LEGALLY RESPONSIBLE FOR THE ACTS OF THE NAMED EXCLUDED PERSON REMAIN FULLY PERSONALLY LIABLE. A NAMED EXCLUDED DRIVER IS NOT ENTITLED TO BE PAID PERSONAL PROTECTION BENEFITS FOR ACCIDENTAL BODILY INJURY IF AT THE TIME OF THE ACCIDENT THE NAMED EXCLUDED DRIVER WAS OPERATING A MOTOR VEHICLE OR MOTORCYCLE TO WHICH HE OR SHE WAS NAMED AS THE EXCLUDED DRIVER.

---

**Frankenmuth Mutual Insurance Company, an authorized Michigan insurer, certifies that it has issued a policy for the described vehicle.**
NAIC# = 13986

### STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE
VALID IN US AND CANADA

| YEAR | MAKE |
|------|------|
| 2017 | HOND ODYSSEY TOUR |

| VEHICLE NO. |
|-------------|
| 5879 |

NOTICE - THIS IS NOT A GUARANTEE THAT THE POLICY WILL REMAIN IN EFFECT UNTIL THE STATED EXPIRATION DATE.

| POLICY NO. | ISSUE DATE | EFFECTIVE DATE | EXPIRATION DATE |
|------------|------------|----------------|-----------------|
|            | 08/16/2017 | 09/19/2017 | 09/19/2018 |

(NAME OF INSURED)
TO - ADVANCED MEDICAL SERVICES PLLC
AND OTHER NAMED INSUREDS
PO BOX 26132
LANSING, MI
48909

AGENT - DIEBOLD INSURANCE AG
989-345-0200

WARNING - KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES.  If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.     FM-884(02-16)

MICHIGAN LAW (MCLA 500.3101) REQUIRES THAT THE OWNER OR REGISTRANT OF A MOTOR VEHICLE REGISTERED IN THIS STATE MUST HAVE INSURANCE OR OTHER APPROVED SECURITY FOR THE PAYMENT OF NO-FAULT BENEFITS ON THE VEHICLE AT ALL TIMES.  AN OWNER OR REGISTRANT WHO DRIVES OR PERMITS A VEHICLE TO BE DRIVEN UPON A PUBLIC HIGHWAY WITHOUT THE PROPER INSURANCE OR OTHER SECURITY IS GUILTY OF A MISDEMEANOR.

A PERSON CONVICTED OF SUCH A MISDEMEANOR SHALL BE FINED NOT LESS THAN $200.00 NOR MORE THAN $500.00, IMPRISONED FOR NOT MORE THAN 1 YEAR, OR BOTH.

A PERSON WHO SUPPLIES FALSE INFORMATION TO THE SECRETARY OF STATE OR WHO ISSUES OR USES AN INVALID CERTIFICATE OF INSURANCE IS GUILTY OF A MISDEMEANOR OR PUNISHABLE BY IMPRISONMENT FOR NOT MORE THAN 1 YEAR, OR A FINE OF NOT MORE THAN $1000.00, OR BOTH.

WARNING - WHEN A NAMED EXCLUDED PERSON OPERATES A VEHICLE, ALL LIABILITY COVERAGE IS VOID - NO ONE IS INSURED.  OWNERS OF THE VEHICLE AND OTHERS LEGALLY RESPONSIBLE FOR THE ACTS OF THE NAMED EXCLUDED PERSON REMAIN FULLY PERSONALLY LIABLE. A NAMED EXCLUDED DRIVER IS NOT ENTITLED TO BE PAID PERSONAL PROTECTION BENEFITS FOR ACCIDENTAL BODILY INJURY IF AT THE TIME OF THE ACCIDENT THE NAMED EXCLUDED DRIVER WAS OPERATING A MOTOR VEHICLE OR MOTORCYCLE TO WHICH HE OR SHE WAS NAMED AS THE EXCLUDED DRIVER.



INSURER:   **FRANKENMUTH MUTUAL INSURANCE COMPANY**

| **NAMED INSURED** | **POLICY NO.** | **POLICY TERM** | **AGENT NO.** |
|---|---|---|---|
| ADVANCED MEDICAL SERVICES PLLC | | 09/19/2017  to  09/19/2018 | |

### Please review this information and communicate any changes within 30 days of the policy renewal date.

## Drivers List

| Driver # | Driver Name | License Number | Birth Year | License State | DOC | Broad PIP | Watch | Excluded |
|---|---|---|---|---|---|---|---|---|
| 021 | AGHA, ABID | | | MI | X | X | | |
| 022 | MACAULEY,RICHARD WAYNE | | | MI | | | X | |
| 023 | PAULEY,DONNA | | | MI | | | | |
| 024 | PATEL,JANKIBEN | | | MI | | | | |
| 025 | PATEL,CHANDU | | | MI | | | | |

***DOC*** - *Refer to the Drive Other Car Coverage - Broadened Coverage for Named Individuals Endorsement.*
***Broad PIP*** - *Refer to the Broadened Personal Injury Protection Coverage Endorsement.*
***Watch*** - *Driver has been placed on a "watch basis" due to the content of their motor vehicle record.*
***Excluded*** - *Driver is not acceptable due to the content of their motor vehicle record; refer to the Named Driver Exclusion Endorsement.*

FM-1491(9-13)