# Shawn Nelson

| | |
|---|---|
| **From:** | Advanced <ams▓▓▓▓▓.com> |
| **Sent:** | Tuesday, February 27, 2018 9:10 AM |
| **To:** | Shawn Nelson |
| **Subject:** | Fw: HONDA ESTIMATE |
| **Attachments:** | PATEL ESTIMATE.pdf |

Good morning shawn,

Please start this small claim for Honda civic.
Its comprehensive claim as some one hit in Meijer parking lot .
Attached is Quotation from Vision Collision

Date: 2/24/18 at 6pm
Place: Meijer, Okemos, MI

Let me know if you need anything else.
Thanks

Jackie

On Monday, February 26, 2018 2:13 PM, Lansing Vision Collision <lansing▓▓▓▓▓.com> wrote:

Hello sir, I have attached a copy of the estimate for the Honda, if you need anything else, let me know.

Thank you

Troy

Vision Collision 2520 S. Pennsylvania Ave. Lansing, MI 48910 517-374-7033 phone 517-374-7066 fax

1

Exhibit C



# Vision Collision - Lansing

2520 Pennsylvania Avenue, Lansing, MI 48910
Phone: (517) 374-7033
FAX: (517) 374-7066

Workfile ID:
Federal ID:
License Number:



## Preliminary Estimate

**Customer: Patel, Mike**

Written By: Troy Gray

| | | |
|---|---|---|
| Insured: Patel, Mike | Policy #: | Claim #: |
| Type of Loss: | Date of Loss: | Days to Repair: 3 |
| Point of Impact: | | |

| Owner: | Inspection Location: | Insurance Company: |
|---|---|---|
| Patel, Mike | Vision Collision - Lansing | UNK |
| 2525 Jolly Rd | 2520 Pennsylvania Avenue | |
| Okemos, MI | Lansing, MI 48910 | |
| (517) 763-1100 Business | Repair Facility | |
| | (517) 374-7033 Business | |

## VEHICLE

2016 HOND Civic Sedan EX-L w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection Blue

| VIN: 4590 | Interior Color: | Mileage In: | Vehicle Out: |
|---|---|---|---|
| License: | Exterior Color: Blue | Mileage Out: | |
| State: | Production Date: | Condition: | Job #: |

| | | | |
|---|---|---|---|
| **TRANSMISSION** | Intermittent Wipers | Search/Seek | Reclining/Lounge Seats |
| Automatic Transmission | Tilt Wheel | Auxiliary Audio Connection | Leather Seats |
| **POWER** | Cruise Control | Satellite Radio | Heated Seats |
| Power Steering | Rear Defogger | **SAFETY** | **WHEELS** |
| Power Brakes | Keyless Entry | Drivers Side Air Bag | Aluminum/Alloy Wheels |
| Power Windows | Alarm | Passenger Air Bag | **PAINT** |
| Power Locks | Message Center | Anti-Lock Brakes (4) | Clear Coat Paint |
| Power Mirrors | Steering Wheel Touch Controls | 4 Wheel Disc Brakes | **OTHER** |
| Heated Mirrors | Telescopic Wheel | Front Side Impact Air Bags | Fog Lamps |
| Power Driver Seat | Climate Control | Head/Curtain Air Bags | Traction Control |
| **DECOR** | Remote Starter | Communications System | Stability Control |
| Dual Mirrors | Backup Camera w/Parking Sensors | Hands Free Device | Rear Spoiler |
| Tinted Glass | **RADIO** | **ROOF** | Power Trunk/Gate Release |
| Console/Storage | AM Radio | Electric Glass Sunroof | |
| **CONVENIENCE** | FM Radio | **SEATS** | |
| Air Conditioning | Stereo | Bucket Seats | |

Get live updates at www.carwise.com/e/3nwPVk

Exhibit C

## Preliminary Estimate

**Customer: Patel, Mike**

2016 HOND Civic Sedan EX-L w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection Blue

| Line | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|
| 1 | **FRONT BUMPER & GRILLE** | | | | | | | |
| 2 | * <> | Rpr | Bumper cover | | 0 | 0.00 | 2.0 | 3.0 |
| 3 | | | Add for Clear Coat | | 0 | 0.00 | 0.0 | 1.2 |
| 4 | | Repl | LT Filler cover w/fog lamps w/o adapt. cruise | 71108TBAA10 | 1 | 9.47 | 0.1 | 0.0 |
| 5 | | | O/H bumper assy | | 0 | 0.00 | 2.5 | 0.0 |
| 6 | **FRONT DOOR** | | | | | | | |
| 7 | | Repl | RT Mirror assy w/heated | 76208TBCA02ZA | 1 | 299.83 | 0.5 | 0.0 |
| 8 | | Repl | RT Upper cover cosmic blue | 76201TBAA11ZH | 1 | 27.98 | Incl. | 0.4 |
| 9 | | | Overlap Minor Panel | | 0 | 0.00 | 0.0 | -0.2 |
| 10 | | | Add for Clear Coat | | 0 | 0.00 | 0.0 | 0.1 |
| 11 | | R&I | RT R&I trim panel | | 0 | 0.00 | 0.4 | 0.0 |
| 12 | # | Subl | HAZARDOUS WASTE | | 1 | 3.00 X | 0.0 | 0.0 |
| 13 | # | Repl | FLEX ADDITIVE | | 1 | 5.00 T | 0.0 | 0.0 |
| | | | | **SUBTOTALS** | | 345.28 | 5.5 | 4.5 |

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 337.28 |
| Body Labor | 5.5 hrs | @ | $ 48.00 /hr | 264.00 |
| Paint Labor | 4.5 hrs | @ | $ 48.00 /hr | 216.00 |
| Paint Supplies | 4.5 hrs | @ | $ 28.00 /hr | 126.00 |
| Miscellaneous | | | | 8.00 |
| Subtotal | | | | 951.28 |
| Sales Tax | $ 468.28 | @ | 6.0000 % | 28.10 |
| **Grand Total** | | | | 979.38 |
| Deductible | | | | 0.00 |
| **CUSTOMER PAY** | | | | 0.00 |
| **INSURANCE PAY** | | | | 979.38 |

-CERTIFICATION-
ALL REPAIRS AND PART LISTED WERE FURNISHED IN COMPLIANCE WITH MICHIGAN AUTO REPAIR ACT (PA300)

## Preliminary Estimate

**Customer: Patel, Mike**

2016 HOND Civic Sedan EX-L w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection Blue

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide ARG4410, CCC Data Date 2/14/2018, and potentially other third party sources of data; and (b) the parts presented are OEM-parts manufactured by the vehicles Original Equipment Manufacturer. OEM parts are available at OE/Vehicle dealerships. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships. OPT OEM or ALT OEM parts may reflect some specific, special, or unique pricing or discount. OPT OEM or ALT OEM parts may include "Blemished" parts provided by OEM's through OEM vehicle dealerships. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2017 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.

**Preliminary Estimate**

**Customer: Patel, Mike**

2016 HOND Civic Sedan EX-L w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection Blue

## ALTERNATE PARTS USAGE

2016 HOND Civic Sedan EX-L w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection Blue

| | | | |
|---|---|---|---|
| VIN: 19XFC1F79GE014590 | Interior Color: | Mileage In: | Vehicle Out: |
| License: | Exterior Color: Blue | Mileage Out: | |
| State: | Production Date: | Condition: | Job #: |

| Alternate Part Type | Selection Method | # Of Times Notified Of Available Parts | # Of Parts Selected |
|---|---|---|---|
| Aftermarket | Automatically List | 0 | 0 |
| Optional OEM | Manually List | 0 | 0 |
| Reconditioned | Manually List | 0 | 0 |
| Recycled | N/A | 0 | 0 |

Exhibit C

## Preliminary Estimate

**Customer: Patel, Mike**

2016 HOND Civic Sedan EX-L w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection Blue

### RECALL INFO

2016 HOND Civic Sedan EX-L w/Continuously Variable Transmission 4D SED 4-1.5L Turbocharged Gasoline Gasoline Direct Injection Blue

| | | | |
|---|---|---|---|
| VIN: ▓▓▓▓4590 | Interior Color: | Mileage In: | Vehicle Out: |
| License: | Exterior Color: Blue | Mileage Out: | |
| State: | Production Date: | Condition: | Job #: |

The National Highway Transportation and Safety Administration (NHTSA) has issued 3 safety-related recall notice(s) that may apply to the selected vehicle.

**NHTSA ID:** 16V725000    **Issued:** Oct 10, 16    **Number of Vehicles:** 00350083

PARKING BRAKE Honda (American Honda Motor Co.) is recalling certain model year 2016 Honda Civic two door and four door 1.5L turbo and 2.0L vehicles. The electric parking brake (EPB) may not engage if it is applied immediately after turning the ignition off. If the EPB is not applied, the vehicle may roll away, increasing the risk of a crash. Honda will notify owners, and dealers will update the vehicle"s software to allow the EPB to engage immediately after the ignition is turned off, free of charge. The recall began on November 8, 2016. Owners may contact Honda customer service at 1-888-234-2138. Honda"s number for this recall is KC6.

**NHTSA ID:** 16V526000    **Issued:** Jul 7, 16    **Number of Vehicles:** 00011846

EXTERIOR LIGHTING American Honda Motor Co. (Honda) is recalling certain model year 2016 Civic 2-Door vehicles manufactured February 23, 2016, through May 20, 2016. The affected vehicles may have a damaged LED side marker light circuit board inside the taillight assembly, making the marker light inoperable. As such, these vehicles fail to comply with the requirements of Federal Motor Vehicle Safety Standard (FMVSS) number 108, "Lamps, Reflective Devices, and Assoc. Equipment." If a side marker light does not function, vehicle visibility can be decreased to other drivers, increasing the risk of a crash. Honda will notify owners, and dealers will inspect both the taillight assemblies, replacing them as necessary, free of charge. The recall began on August 31, 2016. Owners may contact Honda customer service at 1-888-234-2138. Honda"s number for this recall is KB8.

**NHTSA ID:** 16V074000    **Issued:** Feb 2, 16    **Number of Vehicles:** 00042129

ENGINE AND ENGINE COOLING:ENGINE Honda (American Honda Motor Co.) is recalling certain model year 2016 Civic vehicles manufactured September 22, 2015, to February 3, 2016 and equipped with 2.0L engines. The affected vehicles have engines with piston assemblies that may have been manufactured without a piston wrist pin circlip or with an incorrectly installed piston wrist pin circlip. If a circlip is missing or incorrectly installed, the piston wrist pin may not be secure and may drift and damage the engine cylinder causing the engine to seize, and increasing the risk of a crash or a fire. Honda will notify owners, and dealers will inspect and replace the piston assemblies and damaged engine components, as necessary, free of charge. Parts are expected to be available in the Summer of 2016. Owners were mailed an interim notification beginning March 31, 2016, and will be mailed a second notice when parts are available. Owners may contact Honda customer service at 1-888-234-2138. Honda"s number for this recall is JX9.

Exhibit C