**Shawn Nelson**

**From:** Shawn Nelson
**Sent:** Friday, May 11, 2018 2:57 PM
**To:** 'Advanced'
**Subject:** RE: RE: Honda civic Claim

Jackie,

$979.38 is the amount.

Thanks,

Shawn Nelson
*Commercial Lines Account Manager*
Direct (989) 343-2324
Ph (989) 345-0200
Fax (989) 345-0232
Shawn@



DIEBOLD INSURANCE AGENCY

817 W Houghton Ave | PO Box 188
West Branch MI 48661
www.DieboldInsurance.com

**From:** Advanced <ams[redacted].com>
**Sent:** Friday, May 11, 2018 2:54 PM
**To:** Shawn Nelson <shawn@[redacted]>
**Subject:** Re: RE: Honda civic Claim

Shawn
Please send me amount they sent for that Honda Civic claim.
Thanks

On Thursday, May 10, 2018, 4:54:12 PM EDT, Shawn Nelson <shawn@[redacted]> wrote:

Jackie,

Payment was issued on 4/9 to Advanced Medical Services & Vision Collision East Lansing Po Box 26132, Lansing MI

1

Exhibit D

I have already sent in an endorsement to change the address on Monday.

Is this a new entity that we need and a new policy or do we need to add the building to an existing policy?

Thanks,

**Shawn Nelson**

*Commercial Lines Account Manager*

**Direct** (989) 343-2324

**Ph** (989) 345-0200

**Fax** (989) 345-0232

Shawn@



817 W Houghton Ave | PO Box 188

West Branch MI 48661

www.DieboldInsurance.com

**From:** Advanced <ams[redacted].com>
**Sent:** Thursday, May 10, 2018 4:43 PM
**To:** Shawn Nelson <shawn@[redacted]>
**Subject:** Honda civic Claim

Shown Good after noon,

Exhibit D

Please update me why I did not receive Honda civil payment and please change address for paramount home care to as follow:

Paramount Home Care, Inc,

31806 Grand River Ave.

Farmington MI 48336

I need building insurance for the following Building,

1380 East Main Street

Edmore MI 48829

Total cost of Building : $750,000

current company name: Shakti Estate LLC,

Total occupancy : three leases

Thanks

Jackie

< /html>

Exhibit D