UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BABUBHAI RATHOD,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:18-cr-00176

## ORDER

This matter is before the Court on defendant's motion for release from custody. (ECF No. 13). The government opposes the motion. (ECF No. 17). The Court held a hearing on September 26, 2018. Having considered the parties' oral and written submissions, and for the reasons stated on the record, the Court finds that defendant has failed to demonstrate by clear and convincing evidence that he is neither a significant risk of flight nor that he poses an economic danger to the community, as required by 18 U.S.C. § 3143(a)(1). Accordingly, it is **ORDERED** that defendant is remanded to the custody of the United States Marshal pending sentencing in this case.

    **IT IS SO ORDERED.**

Date September 27, 2018                  /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      United States Magistrate Judge