UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:18–cr–00176–JTN

    v.                                    Hon. Janet T. Neff

BABUBHAI BHURABHAI RATHOD,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | December 17, 2018   10:00 AM *(previously set for 12/20/2018 at 10:00 AM)* |
| Judge: | Janet T. Neff |
| Place/Location: | 401 Federal Building, Grand Rapids, MI |

                                                JANET T. NEFF
                                                United States District Judge

Dated:  November 5, 2018       By:   /s/ Rick M. Wolters_____
                                                Case Manager