IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

Case Nos. 1:18-CR-176
1:12-CR-17

BABUBHAI BHURABHAI RATHOD,

        Defendant

-----------------------------------------------------/

**MOTION TO ADJOURN SENTENCING AND
FINAL REVOCATION HEARING**

NOW COMES the defendant, Babubhai Bhurabhai Rathod, by and through his attorney, Dodge & Dodge, P.C., and respectfully moves this Court to adjourn the sentencing hearing and the final revocation hearing now set for December 17, 2018. The reasons which support this Motion are set forth in the attached Memorandum in Support.

                                                Respectfully submitted

Grand Rapids, MI
November 28, 2018

                                       /s/ David A. Dodge
                                       David A. Dodge (P22906)
                                       Dodge & Dodge, P.C.
                                       The Trust Building, Suite 845
                                       40 Pearl Street NW
                                       Grand Rapids, MI 49503
                                       (616) 459-3850