≈AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __MICHIGAN__

UNITED STATES OF AMERICA
          Plaintiff (s),

V.

BABUBHAI RATHOD
          Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 18-cr-00176-JTN

Notice is hereby given that, subject to approval by the court, __Defendant BABUBHAI RATHOD__ substitutes
(Party (s) Name)

__Ronald W. Chapman II, L.L.M.__, State Bar No. __P73179__ as counsel of record in
(Name of New Attorney)

place of __David A. Dodge (P22906)__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Chapman Law Group
    Address:          1441 W. Long Lake Rd., Ste. 310, Troy, Michigan 48098
    Telephone:       (248) 644-6326           Facsimile (248) 644-6324
    E-Mail (Optional):  rwchapman@chapmanlawgroup.com

I consent to the above substitution.
Date: 11/30/18

Babubhai Rathod
(Signature of Party (s))

I consent to being substituted.
Date: 11/30/18

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/30/18

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    November 30, 2018                      /s/ Janet T. Neff
                                                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]