UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,   Case No. 1:18-cr-176

v.   HON. JANET T. NEFF

BABUBHAI BHURABHAI RATHOD,

    Defendant.
_____/

**ORDER**

Pending before the Court is a Motion to Adjourn Sentencing and Final Revocation Hearing (ECF No. 25), seeking to adjourn the December 17, 2018 sentencing hearing in Case No. 1:18-cr-176 and final hearing regarding revocation of supervised release in Case No. 1:12-cr-17-1. The motion was filed by former defense counsel. Defendant has now secured new counsel (ECF No. 30). In light of these circumstances, the Court finds that the motion is moot. Therefore,

**IT IS HEREBY ORDERED** that the Motion to Adjourn Sentencing and Final Revocation Hearing (ECF No. 25) is DISMISSED as moot.

**IT IS FURTHER ORDERED** that counsel, shall not later than <u>December 7, 2018</u>, file a joint notice advising the Court whether they intend to proceed with the December 17, 2018 sentencing hearing in Case No. 1:18-cr-176 and final hearing regarding revocation of supervised release in Case No. 1:12-cr-17-1 or whether Defendant intends to move to withdraw his plea or seek other relief that would impact the hearings, including a proposed time frame to do so.

Dated: November 30, 2018     /s/ Janet T. Neff
                                                                JANET T. NEFF
                                                                 United States District Judge