**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. | Babubhai Bhurabhai Rathod | | **DISTRICT JUDGE:** Janet T. Neff |
|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:18-cr-176 | 3/28/2019 | 9:24 AM - 10:37 AM; 10:52 AM - 12:17 PM | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Adam B. Townshend, Raymond E. Beckering, III | A. Summer McKeivier | Retained |

### TYPE OF HEARING
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __)
- ✓ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- ✓ Other: Order and Judgment

### CHANGE OF PLEA
Charging Document:
- __ Read   __ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: 120 Months/24 Months
Probation: _____
Supervised Release: 3 Years/1 Year
Fine: $ Waived
Restitution: $939,795.89
Special Assessment: $ 200.00

Plea Agreement Accepted: ✓ Yes   __ No
Defendant informed of right to appeal: ✓ Yes   __ No
Counsel informed of obligation to file appeal: ✓ Yes   __ No
Conviction Information:
  Date: 8/20/2018
  By: Plea
  As to Count (s): One and Two

**ADDITIONAL INFORMATION:**
Hearing regarding ECF No. 56 and sentencing hearing held.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathy Anderson | **Case Manager:** R. Wolters |

Criminal Minute Sheet Page 2 of 2
USA v.   Babubhai Bhurabhai Rathod
Case No.:   1:18-cr-176
Date:   3/28/2019

**WITNESSES:**

| Govt | Deft | Name of Witness |
|---|---|---|
| ✕ |  | Investigator Barbara Birdsong |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|---|---|---|---|---|
| ✕ |  |  | M, N, O, P, Q, R, S, T, E, F, U, G, I, K, J, L | Yes |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**ADDITIONAL INFORMATION:**