UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BABUBHAI BHURABHAI RATHOD,

    Defendant.
_____/

Case No. 1:18-cr-176

Hon. Janet T. Neff

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

This matter is before the Court on Defendant's Motion for Leave to Appeal In Forma Pauperis and Application to Proceed In Forma Pauperis on Appeal (ECF Nos. 86 and 87). Upon due consideration of Defendant's financial affidavit, the Court concludes that Defendant is not so impoverished as to justify granting the motion and the application. Given the assets and income identified, Defendant has not demonstrated that he would be unable to pay for the costs of the litigation. Accordingly, the motion and the application are **DENIED**.

    IT IS SO ORDERED.

Dated: May 23, 2019
                                            /s/ Janet T. Neff
                                            Janet T. Neff
                                            United States District Judge